No. 846, Misc.   ALEXANDER *v.* DAUGHERTY, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 836, Misc.   BRYANT *v.* OHIO.   Supreme Court of Ohio.   Certiorari denied.

No. 925, Misc.   ADAMES *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 927, Misc.   JUDY *v.* PEPERSACK, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 938, Misc.   NEAL ET AL. *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 948, Misc.   MEADERDS *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 963, Misc.   SLIVA *v.* PENNSYLVANIA.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 954, Misc.   REEDER *v.* DIRECTOR, PATUXENT INSTITUTION.   Court of Appeals of Maryland.   Certiorari denied.

No. 965, Misc.   BANKS *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.